

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00905-CR

EX PARTE HECTOR CLAUDIO

Appeal from the County Criminal Court at Law No. 7 of Harris County.
(Tr. Ct. No. 2037085).

This case is an appeal from the order denying habeas relief signed by the trial court on October 16, 2015. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the order denying habeas relief. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the order denying habeas relief be **affirmed**.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 30, 2016.

Panel consists of Chief Justice Radack and Justices Keyes and Higley. Opinion delivered by Chief Justice Radack.